#64119

```
JAMES YOUNG                              *
5137 CEDGATE ROAD
BALTIMORE, MARYLAND 21296
                                         *       IN THE
       Plaintiff

vs.                                      *       CIRCUIT COURT


THE MAYOR AND CITY                       *       FOR THE
COUNCIL OF BALTIMORE CITY
Serve On:  GEORGE A. NILSON
CITY SOLICITOR                           *       CITY OF BALTIMORE
101 CITY HALL
BALTIMORE, MARYLAND 21202

and                                      *       Case No:

BALTIMORE CITY POLICE
DEPARTMENT
Serve On:  FREDERICK BEALEFELD, III
POLICE COMMISSIONER
242 W. 29TH STREET
BALTIMORE, MARYLAND 21211
                                         *
and

KEITH KIENLE
EASTERN POLICE DISTRICT                  *
242 W. 29TH STREET
BALTIMORE, MARYLAND 21211

and

SGT. WORKLEY
EASTERN POLICE DISTRICT                  *
242 W. 29TH STREET
BALTIMORE, MARYLAND 21211

and

OFFICER MAGGIO
EASTERN POLICE DISTRICT                  *
242 W. 29TH STREET
BALTIMORE, MARYLAND 21211
```



RECEIVED
SEP 2009
LEGAL AFF

  Defendants       *

\* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT AND DEMAND FOR JURY TRIAL

NOW COMES the Plaintiff, James Young, by and through his attorney, Jane G. Loving, who sues the Defendants the Mayor and City Council of Baltimore City, Baltimore City Police Department, Keith Kienle, Sgt. Workley and Officer Maggio, and for reasons state:

### COUNT ONE

1. Plaintiff at all times mentioned in this Complaint was residing at 5137 Cedgate Road in the City of Baltimore, State of Maryland.

2. Defendant Mayor and City Council of Baltimore are, and at all times mentioned were, in charge of the City of Baltimore in the State of Maryland and of Defendant Baltimore City Police Department.

3. At all times material hereto, the Defendants Kienle, Workley and Maggio were the agents, servants, and employees of the Defendants Mayor and City Council of Baltimore and the Baltimore City Police Department, acting within the scope of their employment and with the permission of the Defendants Mayor and City Council of Baltimore and the Baltimore City Police Department.

4. On or about 4/1/09, at approximately 11:00 a.m., the Plaintiff James Young was lawfully and prudently walking in the 1500 block of East Chase Street in the City of Baltimore, State of Maryland when the Defendants Kienle, Workley and Maggio, without justification or permission, repeatedly beat and struck the Plaintiff James Young in and about his face and body with negligent, careless and completely unnecessary manner and with unnecessary and excessive force.

5. The Plaintiff says that the Defendants Kienle, Workley and Maggio owed a duty under the Constitution of the United States and state law to the Plaintiff to exercise reasonable care in dealing with the public and to refrain from the use of excessive force. The Defendants Kienle, Workley and Maggio negligently breached this duty in that they struck the Plaintiff James Young in and about his face and body and threw him to the ground without cause or provocation in a reckless, negligent, careless and completely unnecessary manner and with excessive force.

6. In breach of their duty to refrain from causing injury to the Plaintiff through their gross negligence or willful and wanton misconduct, the Defendants Kienle, Workley and Maggio, as agents, servants, and employees of the Defendants Mayor and City Council of Baltimore and the Baltimore City Police Department, were guilty of willfully and wantonly or with gross negligence striking Plaintiff and beating him and throwing him to the ground without cause or provocation, although the Defendants Kienle, Workley and Maggio knew or should have known that such conduct posed an unreasonable risk of causing serious bodily harm and injury to the Plaintiff.

7. As a direct result of the Defendants Kienle, Workley and Maggio negligence, the Plaintiff suffered, is suffering and will continue to suffer severe and permanent injuries to his head, body and limbs as well as severe and protracted shock to his nervous system all of which caused, is causing and will continue to cause him great pain and mental anguish.

8. As a further direct result of the negligence of the Defendants Kienle, Workley and Maggio, the Plaintiff has been forced to expend large sums of money for the medical care and treatment of the aforesaid injuries and has been forced to lose time from his usual activities, duties, pursuits and employment and has suffered a loss of wage earning capacity.

9. The Plaintiff says that all of his injuries, damages and other losses were caused by the reason of the negligence of the Defendants, without any negligence on the part of the Plaintiff contributing thereto.

10. Defendants Kienle, Workley and Maggio acted maliciously, recklessly, and wantonly, intending to inflict, or with complete indifference as to the infliction of, physical and mental pain and suffering on Plaintiff, and Plaintiff is therefore entitled to seek punitive damages.

11. On April 22, 2009, Plaintiff served a notice of a claim for damages on the Defendant Baltimore City, as required by Maryland Tort Claims Act, requesting damages in excess of $200,00.00.

WHEREFORE, the Plaintiff, James Young, demands judgment against the Defendants Kienle, Workley and Maggio, Mayor and City Council of Baltimore City, and Baltimore City Police Department, jointly and severally, in the amount of ONE MILLION ($1,000,000.00) DOLLARS damages, together with the costs of this action and for such other and further relief as deemed just and proper.

_____
Jane G. Loving, Esquire
1225 W. Mount Royal Avenue
Baltimore, Maryland 21217
(410) 539-6525

## DEMAND FOR JURY TRIAL

Mr. Clerk:

The Plaintiff herein request that his case be tried by a jury.

_____
Jane G. Loving, Esquire
1225 W. Mount Royal Avenue
Baltimore, Maryland 21217
(410) 539-6525